Kolin C. Tang (SBN 279834)
**SHEPHERD, FINKELMAN, MILLER & SHAH, LLP**
1401 Dove Street, Suite 540
Newport Beach, CA 92660
Phone: 323-510-4060
Fax: 866-300-7367
Email: ktang@sfmslaw.com

*Counsel for Plaintiff*

*[Additional Counsel for Plaintiff listed on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARGGIEH DICARLO, Individually and On Behalf of All Others Similarly Situated, | Case No. 19-cv-01374-PSG-SHK |
| Plaintiff, | **NOTICE OF APPEAL** |
| vs. | The Hon. Philip S. Gutierrez |
| MONEYLION, INC., MONEYLION OF CALIFORNIA LLC, ML PLUS LLC, and ML WEALTH, LLC, | **Dated: January 15, 2020.** |
| Defendants. | |

PLAINTIFF'S NOTICE OF APPEAL
Case No. 19-cv-01374-PSG-SHK

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

Please take notice that Plaintiff Marggieh DiCarlo ("Plaintiff") appeals to the United States Court of Appeals for the Ninth Circuit regarding the Court's December 20, 2019 Order granting Defendant MoneyLion, Inc., MoneyLion of California LLC, ML Plus LLC, and ML Wealth LLC's Motion to Compel Arbitration, denying Plaintiff's *ex parte* Request For Leave to File a Surreply, and dismissing the case (Doc. 34).

This case was first filed in U.S. District Court on July 25, 2019.

This is not a cross appeal, and no previous appeals have been filed in this case.

This notice is timely filed within 30 days of the Order pursuant to Fed. R. App. P. 4(a)(1)(A). Plaintiffs' Representation Statement is attached below. See Fed. R. App. P. 12(b); 9th. Cir. R. 3-2(b).

Dated: January 15, 2020.               Respectfully Submitted,

/s/ *Kolin C. Tang*
Kolin C. Tang (SBN 279834)
SHEPHERD, FINKELMAN,  MILLER & SHAH, LLP
1401 Dove Street, Suite 540
Newport Beach, CA 92660
Phone: 323-510-4060
Fax: 866-300-7367
Email: ktang@sfmslaw.com

James C. Shah (SBN 260435)
SHEPHERD FINKELMAN MILLER & SHAH, LLP
1845 Walnut Street, Suite 806
Philadelphia, PA 19103
Telephone: 610-891-9880

Facsimile: 866-300-7367
Email: jshah@sfmslaw.com

John F. Edgar (PHV forthcoming)
Michael R. Owens (*pro hac vice*)
EDGAR LAW FIRM LLC
2600 Grand Blvd., Ste. 440
Kansas City, MO 64108
Telephone:   (816) 531-0033
Facsimile:   (816) 531-3322
Email: jfe@edgarlawfirm.com
Email: mro@edgarlawfirm.com

*Attorneys for Plaintiff, individually, for the general public, and on behalf of all others similarly situated*

# REPRESENTATION STATEMENT

| PARTY | COUNSEL |
|---|---|
| MARGGIEH DICARLO<br><br>Plaintiff / Appellant | SHEPHERD, FINKELMAN, MILLER & SHAH, LLP<br>    Kolin C. Tang (SBN 279834)<br>    1401 Dove Street, Suite 540<br>    Newport Beach, CA 92660<br>    Phone: 323-510-4060<br>    Fax: 866-300-7367<br>    Email: ktang@sfmslaw.com<br><br>    James C. Shah (SBN 260435)<br>    1845 Walnut Street, Suite 806<br>    Philadelphia, PA 19103<br>    Phone: 610-891-9880<br>    Fax: 866-300-7367<br>    Email: jshah@sfmslaw.com<br><br>EDGAR LAW FIRM LLC<br>    John F. Edgar (PHV forthcoming)<br>    Michael R. Owens (*pro hac vice*)<br>    2600 Grand Blvd., Ste. 440<br>    Kansas City, MO 64108<br>    Phone: (816) 531-0033<br>    Fax: (816) 531-3322<br>    Email: jfe@edgarlawfirm.com<br>           mro@edgarlawfirm.com |

| | |
|---|---|
| MONEYLION, INC.<br><br>MONEYLION OF CALIFORNIA, LLC<br><br>ML PLUS, LLC<br><br>ML WEALTH, LLC<br><br>    Defendants / Appellees | SHEPPARD MULLIN RICHTER AND HAMPTON LLP<br>    Fred R. Puglisi<br>    Jay T. Ramsey<br>1901 Avenue of the Stars Suite 1600<br>Los Angeles, CA 90067-6055<br>Phone: 310-228-3733<br>Fax: 310-228-3933<br>Email: fpuglisi@sheppardmullin.com<br>Email: jramsey@sheppardmullin.com |