UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 23 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| MARGGIEH DICARLO, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff - Appellant,<br><br> v.<br><br>MONEYLION, INC.; et al.,<br><br>        Defendants - Appellees. | No. 20-55058<br><br>D.C. No. 5:19-cv-01374-PSG-SHK<br>U.S. District Court for Central California, Riverside<br><br>**MANDATE** |

The judgment of this Court, entered February 19, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7